CHARLES CLEVELAND, Respondent, *v.* THE NEW JERSEY STEAM-
BOAT COMPANY, Appellant.

(Argued May 2, 1882; decided June 20, 1882.)

THIS action was brought to recover damages for injuries
alleged to have been sustained through defendant's negligence.
It is reported on a former appeal in 68 N. Y. 306.

Plaintiff, who had taken passage on one of defendant's
steamboats from New York to Albany, when standing near
the gangway opening, a rush of passengers to see a man
who had fallen overboard occurred, and he was shoved over-
board and injured. A gate was provided for this gangway,
which was ordinarily put in its place after the boat left the
wharf. The top bar of the gate projected at each end, and
these projecting ends, when the gate was in place, rested in
two iron staples; and there were two upright stanchions, out-
side of the gate, let into the deck. There was also a top rail
which received these stanchions, and was secured in its place
by iron slides. The negligence, complained of on the former
trial, was the omission of defendant to have the top rail in
place at the time of the accident. It appeared that the gate
was put in place, and was lifted out by some one while the
mate had turned to get the top rail. On the second trial
plaintiff sought to show that the gate itself had not been put
in place, and this question was submitted to the jury, to which
defendant excepted. The court here, after a review of the
evidence, held that the fact that the gate was put in its place
was established by uncontradicted evidence, and that the sub-
mission of the question to the jury was error.

*W. P. Prentice* for appellant.

*Francis Kernan* for respondent.

TRACY, J., reads for a reversal and new trial.
All concur.
Judgment reversed.